Accusation of sale of liquor; from city court of Houston county
—Judge Riley. June 21, 1915.

*M. Kunz,* for plaintiff in error.

*R. E. Brown, solicitor,* contra.

---

## 6844. SHERRER *v.* THE STATE.

BROYLES, J. 1. On the trial of one indicted for using obscene, vulgar, and profane language in the presence of females, it is not necessary that the exact words charged in the indictment be proved. "If some of the words be proved as laid, and the words so proved amount to an indictable offense, it will be sufficient." Wharton's Criminal Pleading and Practice, § 203; *Dyer* v. *State,* 99 *Ga.* 20 (3), 22 (25 S. E. 609, 59 Am. St. R. 228); *Smith* v. *State,* 100 *Ga.* 319 (26 S. E. 769).

2. On the trial of one for using obscene and vulgar or profane language in the presence of females, it is for the jury to determine whether there was sufficient provocation to excuse their use. *Dyer* v. *State,* supra; *Meaders* v. *State,* 96 *Ga.* 299 (22 S. E. 527); *Williams* v. *State,* 105 *Ga.* 608 (31 S. E. 738); *Fish* v. *State,* 124 *Ga.* 416 (52 S. E. 737); *Thompson* v. *Shelverton,* 131 *Ga.* 714 (63 S. E. 220); *Beckworth* v. *Phillips,* 6 *Ga. App.* 859 (65 S. E. 1075). The trial judge did not err in overruling the motion for a new trial.　　　*Judgment affirmed.*

DECIDED OCTOBER 29, 1915.

Indictment for misdemeanor; from city court of Greensboro—Judge Sibley. July 27, 1915.

*J. O. Beazley, Holden, Shackelford & Meadow,* for plaintiff in error. *James Davison, solicitor,* contra.

---

## 6859. FANNING *v.* MAYOR AND COUNCIL OF WASHINGTON.

BROYLES, J. 1. The only point raised by the plaintiff in error in this case that is insisted upon in the brief of his counsel is that the ordinance under which he was convicted is invalid. If the ordinance is invalid, it follows that the judgment of guilty is not merely irregular or erroneous, but is absolutely void. This point, therefore, will not be considered; "for certiorari lies, not to correct that which is void, but only that which is irregular or erroneous." *Sawyer* v. *Blakely,* 2 *Ga. App.* 159 (3), 161 (58 S. E. 399), and cases therein cited; *Simpkins* v. *Hester,* 3 *Ga. App.* 160 (3) (59 S. E. 322); *Robertson* v. *Russell,* 13 *Ga. App.* 27 (78 S. E. 682).

2. The judge of the superior court did not err in overruling the certiorari.
　　　*Judgment affirmed.*

DECIDED OCTOBER 29, 1915.